[No. 2013-2.   Division Two.   April 7, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN VAN BEEK, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 65619, John H. Kirkwood, J., entered July 23, 1975. *Reversed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 2070-2.   Division Two.   April 7, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN TOTH, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 4368, Gerald B. Chamberlin, J., entered October 3, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 2141-2.   Division Two.   April 7, 1977.]

LOGGERS SUPPLY CO., *Respondent*, v. JOE ZUMSTEIN, JR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 39801, Frank L. Price, J., entered November 14, 1975. *Reversed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.